■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVESTER KEMP, Appellant. [781 NYS2d 919]—Crew III, J.P. Appeal from a judgment of the County Court of Schenectady County (Giardino, J.), rendered March 27, 2003, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the fourth degree.

Following his arrest in the City of Schenectady, Schenectady County, defendant was charged in a superior court information with the crime of criminal possession of a controlled substance in the fourth degree. Defendant thereafter pleaded guilty to the crime charged and subsequently was sentenced, as a predicate felon, to the agreed-upon prison term of 3½ to 7 years. Defendant now appeals, contending that his plea was involuntary and his sentence is harsh and excessive.

We affirm. By failing to make the appropriate motion before County Court (*see* CPL 220.60 [3]; 440.10), defendant has neglected to preserve for our review any issues concerning the voluntariness of his plea (*see People v Moore*, 8 AD3d 750 [2004]; *People v Leabo*, 2 AD3d 1213, 1213 [2003]). Regardless, our review of the minutes of the plea colloquy persuades us that defendant's plea was knowing, voluntary and intelligent. Defendant affirmatively admitted to committing acts constituting the charged crime (*see People v Rivera*, 266 AD2d 576, 577 [1999]; *People v Partridge*, 242 AD2d 788, 789 [1997]) and expressed a cogent understanding of the rights he was relinquishing by operation of his plea. Finally, defendant's challenge to the severity of his bargained-for sentence has been waived by execution of his valid waiver of appeal (*see People v Bishop*, 8 AD3d 691 [2004]; *People v Wagoner*, 6 AD3d 985, 986 [2004]).

Peters, Carpinello, Mugglin and Lahtinen, JJ., concur. Ordered that the judgment is affirmed.